

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2017

No. 04-17-00803-CR

**IN RE** Sandra E. **BROWN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                  Karen Angelini, Justice
                  Rebeca C. Martinez, Justice

Relator, Sandra E. Brown, filed a petition for writ of mandamus asking this court to compel the Bexar County, Texas, District Attorney to comply with her request under the Texas Open Records Act. *See* TEX. GOV'T CODE ANN. §§ 552.001-552.353 (West 2012). Because we have no jurisdiction over relator's complaint, we dismiss her petition for writ of mandamus for want of jurisdiction. The court's opinion will issue at a later date.

It is so **ORDERED** on December 8, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015CR3457 and 2016CR9349W, styled *The State of Texas v. Olice Brown*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.